IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALICE F. ARNOLD BROWN, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. H-05-2026 |
| § | |
| JO ANNE BARNHART, Commissioner § | |
| of Social Security, § | |
| § | |
| Defendant. § | |

## **ORDER**

Pending before the court is Defendant's Amended Motion for Substitution. The motion is GRANTED. (Docket entry #13).

Jo Anne B. Barnhart, Commissioner of the Social Security Administration, the real party in interest, is substituted as Defendant.

FURTHER, it is recommended that Defendants Terrell I. Murphy, Horace L. Dickerson, Jr., and W. Burnell Hurt be dismissed as parties to this action, as they have been named in their official capacities only, and that the caption of this action be amended to reflect that the Commissioner of the Social Security Administration is the proper party defendant.

The Clerk shall enter this notice and provide a true copy to all counsel of record.

**SIGNED** at Houston, Texas, this 3rd day of October, 2005.

**MARY MILLOY**
**UNITED STATES MAGISTRATE JUDGE**